Revised 07/08

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Konstantinos Chrysochoidis
**CASE NUMBER:** 08-61988

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

[ ] Add creditors to schedules(s) _____ . How many? _____
(Use second page of this form to list creditors added).

    [ ] **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ] Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[X] Other: (Provide detail of Amendment) __Amended Schedules I and J, Amended 2016(b) Statement of Attorney Compensation, and Amended Schedules, B, C, G, and D__

[ ] **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[ ] **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Previous address:                                Please change to:

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Previous address:                                Please change to:

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:                                          Please change to:

_____          _____
_____          _____
_____                          _____

Use this section of the form to IDENTIFY creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____
        _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address _____
        _____

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: /s/Michelle R. Hutton
Michelle R. Hutton (P71358)
24901 Northwestern Highway, Suite 444
Southfield, MI 48075
(248) 350-8220
mhutton@glmpc.com

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ Konstantinos Chrysochoidis
Konstantinos Chrysochoidis, Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

KONSTANTINOS CHRYSOCHOIDIS,          Chapter 13
                                                   Case No. 08-61988
                 Debtor.                          Hon. Thomas J. Tucker
_____/

## STATEMENT OF AFFIRMATION

Debtor is amending: Schedules B, C, G, D, I, J, Statement of Attorney Compensation

I have read the attached documents and they are true and correct.


Dated: March 1, 2011                        /s/ Konstantinos Chrysochoidis
                                                                Konstantinos Chrysochoidis, Debtor

B6B (Official Form 6B) (12/07)

In re  Konstantinos Chrysochoidis                                                                       Case No.  08-61988
                                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | University of Michigan Credit Union checking - $2.00 savings - $0.00 | - | 2.00 |
| | | Christian Financial Credit Union checking - $1.00 savings - $0.00 | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord | - | 650.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furniture | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CDs, DVDs and books | - | 50.00 |
| 6. Wearing apparel. | | Clothing | - | 500.00 |
| 7. Furs and jewelry. | | Jewelry, watch, chain, etc. | - | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Tennis rackets, bike and 35 mm camera | - | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance through employer - term | - | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                                        Sub-Total >        3,824.00
                                                                                                    (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

08-61988-tjt    Doc 77    Filed 03/02/11    Entered 03/02/11 08:55:28    Page 4 of 12

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re Konstantinos Chrysochoidis , Case No. 08-61988
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) through current employer | - | 3,220.00 |
| | | Pension - not collectible | - | 1.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > 3,221.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re Konstantinos Chrysochoidis, Debtor

Case No. 08-61988

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Maserati | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | - | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > 20,001.00
(Total of this page)

Total > 27,046.00

Sheet 2 of 2 continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  Konstantinos Chrysochoidis  Case No. 08-61988
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| University of Michigan Credit Union checking - $2.00 savings - $0.00 | 11 U.S.C. § 522(d)(5) | 2.00 | 2.00 |
| Christian Financial Credit Union checking - $1.00 savings - $0.00 | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security deposit with landlord | 11 U.S.C. § 522(d)(5) | 650.00 | 650.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furniture | 11 U.S.C. § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| CDs, DVDs and books | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Jewelry, watch, chain, etc. | 11 U.S.C. § 522(d)(4) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Tennis rackets, bike and 35 mm camera | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| Life insurance through employer - term | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) through current employer | 11 U.S.C. § 522(d)(10)(E) 11 U.S.C. § 522(d)(12) 11 USC 541(c)(2) | 100% 100% 100% | 3,220.00 |
| Pension - not collectible | 11 U.S.C. § 522(d)(10)(E) 11 U.S.C. § 522(d)(12) 11 USC 541(c)(2) | 100% 100% 100% | 1.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Maserati | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 3,225.00 51.00 | 20,000.00 |
| **Animals** | | | |
| Dog | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| | Total: | 16,764.00 | 27,046.00 |

\_\_0\_\_ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re  Konstantinos Chrysochoidis                                        Case No.  08-61988
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0017355710<br><br>Beneficial<br>PO Box 5233<br>Carol Stream, IL 60197-5233 | | - | 2007/$195.27 monthly/2 mos arrears/surrender<br>Third Mortgage<br>Personal residence<br>17579 Cambridge Blvd., Lathrup Village, MI 48076<br>Value $ 150,000.00 | | | | 14,698.00 | 14,698.00 |
| Account No. 2186<br><br>Christian Financial Credit Union<br>18441 Utica Road<br>Roseville, MI 48066 | | - | 2010/$457.96/mo, current<br>Auto loan<br>2002 Maserati<br>Value $ 20,000.00 | | | | 16,724.00 | 0.00 |
| Account No.<br><br>BMW Bank of North America<br>PO Box 78066<br>Phoenix, AZ 85062-8066 | | | Representing:<br>Christian Financial Credit Union<br>Value $ | | | | Notice Only | |
| Account No. 07706567356<br><br>CitiMortgage, Inc.<br>PO Box 183040<br>Columbus, OH 43218-3040 | X | - | 2006/$315.09 monthly/2 mos arrears/surrender<br>Second mortgage<br>Personal residence<br>17579 Cambridge Blvd., Lathrup Village, MI 48076<br>Value $ 150,000.00 | | | | 27,274.00 | 22,332.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 58,696.00 | 37,030.00 |

In re  Konstantinos Chrysochoidis , Case No. 08-61988
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5837000081  Members First Mortgage, LLC  616 44th St. SE  Grand Rapids, MI 49548 | | - | 2005/$1,595.93 monthly/2 mos arrears/surrender  Mortgage  Personal residence  17579 Cambridge Blvd., Lathrup Village, MI 48076  Value $ 150,000.00 | | | | 145,058.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 145,058.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 203,754.00 | 37,030.00 |

B6G (Official Form 6G) (12/07)

In re  Konstantinos Chrysochoidis                                              Case No. __08-61988__
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| The Apartments at Kirkway<br>8891 Christopher St.<br>Washington Twp., MI 48094 | Apartment lease<br>$1,319.00 monthly/current<br>Expires: 8/2010<br>Assume |

B6I (Official Form 6I) (12/07)

In re  Konstantinos Chrysochoidis  Case No. 08-61988
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| Divorced | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Unemployed | |
| How long employed | 4 months | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,569.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 1,569.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,569.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,569.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,569.00 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Debtor has filed for unemployment and expects to begin collecting soon

In re   Konstantinos Chrysochoidis                              Case No.   08-61988
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                          $    770.00
   a. Are real estate taxes included?          Yes ___      No _X_
   b. Is property insurance included?          Yes ___      No _X_
2. Utilities:  a. Electricity and heating fuel                                                 $     43.00
               b. Water and sewer                                                              $      0.00
               c. Telephone                                                                    $      0.00
               d. Other  Cable                                                                 $     48.00
3. Home maintenance (repairs and upkeep)                                                       $      0.00
4. Food                                                                                        $    200.00
5. Clothing                                                                                    $      0.00
6. Laundry and dry cleaning                                                                    $      0.00
7. Medical and dental expenses                                                                 $      0.00
8. Transportation (not including car payments)                                                 $     50.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                            $      0.00
10. Charitable contributions                                                                   $      0.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                 $      0.00
    b. Life                                                                                    $      0.00
    c. Health                                                                                  $      0.00
    d. Auto                                                                                    $      0.00
    e. Other _____                                                                          $      0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                                         $      0.00
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                    $    458.00
    b. Other _____                                                                          $      0.00
    c. Other _____                                                                          $      0.00
14. Alimony, maintenance, and support paid to others                                           $      0.00
15. Payments for support of additional dependents not living at your home                      $      0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $    0.00
17. Other _____                                                                             $      0.00
    Other _____                                                                             $      0.00

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,       $  1,569.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I                                        $  1,569.00
   b. Average monthly expenses from Line 18 above                                              $  1,569.00
   c. Monthly net income (a. minus b.)                                                         $      0.00